IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.  05-30084-GPM |
| ) | |
| GREGORY DEAN MCKINNEY ) | CRIMINAL NO.  05-30218-MJR |
| ) | |
| Defendant. ) | |

# ORDER

**MURPHY, Chief District Judge:**

This matter came before the Court for hearing on Defendant's motion for joinder of offenses/consolidation (Doc. 21).  For the reasons set forth on the record during the January 9, 2005, hearing, Defendant's motion is **GRANTED in part and DENIED in part**.  The case against Defendant currently pending before the Honorable Michael J. Reagan as criminal case number 05-30218-MJR is **TRANSFERRED** to the undersigned for all further proceedings and shall bear case number 05-30218-GPM.  The Clerk of Court is **DIRECTED** to file this Order in that case.

**IT IS SO ORDERED.**

DATED:  01/10/06

s/ G. Patrick Murphy<br>
G. PATRICK MURPHY<br>
Chief United States District Judge